IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MASTODON INVESTMENTS, et al.,

    Plaintiffs,                  No. CIV S-08-392 FCD KJM PS

    vs.

CIT GROUP, INC.,

    Defendant.                ORDER

                                   /

          Defendant's motion to dismiss is presently calendared for hearing on April 30, 2008. Plaintiffs have filed an amended complaint as a matter of right.[1] See Federal Rule of Civil Procedure 15. Defendant's motion will therefore be denied as moot.

          The amended complaint names as plaintiffs two corporate entities, i.e., Mastodon Investments and Alpen Vet. Corporations and unincorporated associations must appear in federal court through a licensed attorney. See Rowland v. California Men's Colony 506 U.S. 194, 202 (1993); C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987). See also Church of the New Testament v. United States, 783 F.2d 771, 772 (9th Cir. 1987). The corporate plaintiffs will therefore be stricken from the amended complaint.

---

[1] Plaintiffs mailed to the chambers of the undersigned the motion to remand, amended complaint, and request to appear telephonically. Plaintiffs are advised that any documents addressed to the court must be directed to the Clerk of Court for filing on the court's docket. Additionally, any such documents must also be served on defense counsel.

Plaintiffs move to remand this action to state court. This action was removed on the basis of diversity jurisdiction under 28 U.S.C. § 1332. As all defendants are diverse from plaintiffs and the amount in controversy exceeds $75,000, the action was properly removed. There is no basis evident in the record before the court for remand. The motion for remand will therefore be denied.

Plaintiffs have also requested leave to appear telephonically at court hearings. Due to the travel time involved with appearing in person, the court will grant leave to plaintiffs to appear telephonically at court hearings. Plaintiffs are cautioned, however, that each plaintiff must appear telephonically at any hearing. No pro se plaintiff may appear for another pro se plaintiff. In addition, plaintiffs are reminded that personal appearance will be required at trial.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 30, 2008 hearing on defendant's motion to dismiss is vacated. The motion to dismiss is denied as moot.

2. Plaintiffs Mastodon Investments and Alpen Vet are stricken from the amended complaint.

3. The motion to remand is denied.

4. Plaintiffs are granted leave to appear telephonically at court hearings. Any plaintiff appearing telephonically shall contact the courtroom deputy, Matt Caspar, (916) 930-4187 no later than 48 hours prior to the hearing and advise the court of the telephone number at which the party appearing telephonically can be reached.

DATED: April 14, 2008.

_____
U.S. MAGISTRATE JUDGE

006
mastodon.mtd