IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MASTODON INVESTMENTS, et al.,

        Plaintiffs,                No. CIV S-08-0392 FCD KJM PS

   vs.

CIT GROUP, INC.

        Defendant.          <u>ORDER</u>

_____/

        Plaintiffs have requested an extension of time in which to file a second amended complaint (docket no. 32). Good cause appearing, IT IS HEREBY ORDERED that plaintiffs are granted a thirty day extension of time in which to file a second amended complaint.

DATED: September 18, 2008.

_____
U.S. MAGISTRATE JUDGE

006
mastodon.eot

1