IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MASTODON INVESTMENTS, et al.,

    Plaintiffs,                  No. CIV S-08-392 FCD KJM PS

    vs.

CIT BUSINESS LENDING, et al.,

    Defendants.           ORDER

_____/

        Plaintiffs have filed a motion to compel. The motion was not properly noticed for hearing. Moreover, the joint discovery statement, required under Local Rule 37-251, was not filed. The parties are reminded that under this rule, the parties must meet and confer regarding discovery disputes.

        Accordingly, IT IS HEREBY ORDERED that the motion to compel (docket no. 43) is denied.

DATED: October 1, 2009.

U.S. MAGISTRATE JUDGE

006
rafetto.dis

1