IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MASTODON INVESTMENTS, et al.,

    Plaintiffs,                  No. CIV S-08-392 FCD KJM PS

    vs.

CIT BUSINESS LENDING, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Defendant's motion to strike plaintiffs' jury demand came on regularly for hearing on September 23, 2009. Plaintiffs Gaylon Teslaa, Gregory Raffetto and Sara TeSlaa appeared telephonically in propria persona. Brian Blackman appeared for defendant. Upon review of the documents in support and opposition to the motion to dismiss, and upon hearing discussion of plaintiffs and counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        At the hearing, plaintiffs were granted leave to file no later than September 26, 2009, a copies of any documents they contend were filed in state court. Plaintiffs have made no further submission regarding their contention that a timely jury demand was made in state court. There is no timely demand for jury evident in the record before the court. Plaintiffs offer no appropriate justification for their untimely demand.

1

1       Accordingly, IT IS HEREBY ORDERED that defendant's motion to strike jury
2 demand (docket no. 40) is granted.
3 DATED: October 1, 2009.

                                                  U.S. MAGISTRATE JUDGE

5 006
rafetto.oah