SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
BRIAN R. BLACKMAN, Cal. Bar No. 196996
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SCOTT B. LIEBERMAN, Cal. Bar No. 208764
RUBEN D. ESCALANTE, Cal. Bar No. 244596
AARON M. FENNIMORE, Cal. Bar No. 251602
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:    714-513-5100
Facsimile:    714-513-5130

Attorneys for Defendant
CIT GROUP INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MASTODON INVESTMENTS, GREG RAFFETTO, et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>CIT GROUP INC.,<br><br>            Defendants. | Case No. 08-CV-392 FCD (KJM)<br><br><u>Assigned to:</u><br><br>The Honorable Kimberly J. Mueller<br><br>**STIPULATION AND ORDER TO EXTEND DATES TO EXCHANGE EXPERT DESIGNATIONS AND REPORTS** |

1  Plaintiffs Gregory Raffetto, Gaylon TeSlaa and Sara TeSlaa ("Plaintiffs") and defendant
2  CIT Group Inc. ("CIT") (collectively, the "Parties"), stipulate:
3      1.    Plaintiffs filed the operative Second Amended Complaint on or about
4  October 17, 2008;
5      2.    CIT filed its Motion for Summary Judgment or Partial Summary Judgment
6  against Plaintiffs' roughly fifteen claims on October 6, 2009;
7      3.    CIT's Summary Judgment Motion was fully briefed, and argument on the
8  motion was heard by the Court on November 18, 2009;
9      4.    The Court has taken CIT's Summary Judgment Motion under submission
10 and has not yet ruled;
11     5.    A ruling on CIT's Summary Judgment Motion may eliminate some or all of
12 the claims in this action, potentially removing the need for witnesses to present evidence under
13 Federal Rule of Evidence 702, 703, or 705;
14     6.    Pursuant to FRCP 26(a)(2)(C)(i), the Parties are currently required to
15 affirmatively designate experts and provide expert reports by December 30, 2009;
16     7.    The Parties agree that an extension of the expert designation date is
17 appropriate—with the Court's consent—in order to conserve time and resources and will give
18 additional time to retain experts and provide those experts with adequate time to review and
19 analyze the documents in this case and prepare their reports.
20     8.    The Parties are also actively exploring the possibility of settling all claims
21 in dispute, and extending the expert designation dates will facilitate more productive settlement
22 negotiations.
23 **NOW, THEREFORE**, the Parties hereby stipulate and agree that:
24     1.    The current date of December 30, 2009 for the Parties to exchange initial
25 expert designations and reports shall be extended by thirty (30) days, to January 29, 2010; and
26     2.    All remaining expert deadlines shall be calculated from the new January 29,
27 2010 deadline.
28

Dated: December ___, 2009

By _____
GREGORY RAFFETTO
PLAINTIFF[1]

Dated: December ___, 2009

By _____
DR. GAYLON TESLAA
PLAINTIFF

Dated: December ___, 2009

By _____
SARA TESLAA
PLAINTIFF

Dated: December 24, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ Aaron M. Fennimore
BRIAN R. BLACKMAN
AARON M. FENNIMORE
Attorney for Defendant
CIT GROUP, INC.

**ORDER**

**IT IS SO ORDERED.**

DATED: January 4, 2010.

_____
U.S. MAGISTRATE JUDGE

---

[1] The court acknowledges receipt of a copy of the stipulation signed by all parties.