1
2
3
4
5
6
7
8
9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11
                                ----oo0oo----
12

13   GREG RAFFETTO, et. al.,              NO. CIV.S-08-0392 FCD KJM PS

14           Plaintiffs,
                                          ORDER AND ORDER TO SHOW CAUSE
15       v.                               RE SANCTIONS

16   CIT GROUP, et. al.,

17           Defendants.

18                              ----oo0oo----

19       1.   The hearing on Defendant Cit Group, Inc.'s Motion for

20   Attorney Fees (Docket #79) is continued to August 6, 2010, at

21   10:00 a.m.  Plaintiffs' shall file and serve their opposition

22   brief or notice of non-opposition no later than July 23, 2010.

23   The defendant may file and serve a reply on or before July 30,

24   2010.

25       2.   Plaintiffs' are ordered to show cause why they should

26   not each be sanctioned in the amount of $150.00 for failing to

27   file an opposition or notice of non-opposition to defendant's

28   motion in compliance with Local Rule 230(c).

3.   Plaintiffs' shall file their response to the order to show cause on or before July 23, 2010.

4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: June 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2