SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
BRIAN R. BLACKMAN, Cal. Bar No. 196996
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SCOTT B. LIEBERMAN, Cal. Bar No. 208764
RUBEN D. ESCALANTE, Cal. Bar No. 244596
AARON M. FENNIMORE, Cal. Bar No. 251602
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:   714-513-5100
Facsimile:    714-513-5130

Attorneys for Defendant
THE CIT GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MASTODON INVESTMENTS, GREG RAFFETTO, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CIT GROUP INC.,<br><br>　　　　　　　Defendants. | Case No. 2:08-CV-392 FCD KJM PS<br><br>Assigned to:<br>The Honorable Frank C. Damrell, Jr.<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING DATE AND RELATED DEADLINES IN CONNECTION WITH CIT'S MOTION FOR ATTORNEYS' FEES**<br><br>**[L.R. 230(f)]**<br><br>Hearing Information:<br>Date:　August 6, 2010<br>Time:　10:00 a.m.<br>Crtrm:　2 |

1   TO THE HONORABLE COURT:

2   WHEREAS, the Court entered Judgment in favor of defendant The CIT Group Inc.
3   ("CIT") and against plaintiffs on May 4, 2010;

4   WHEREAS, defendant CIT filed a Motion for Award of Attorneys' Fees (the "Motion") on
5   June 1, 2010;

6   WHEREAS, CIT noticed its Motion for hearing on July 9, 2010;

7   WHEREAS, on June 28, 2010, the Court issued an Order and Order to Show Cause (the
8   "Order") continuing the hearing date on the Motion to August 6, 2010 and ordering plaintiffs
9   Gregory Raffetto, Gaylon TeSlaa and Sara TeSlaa ("Plaintiffs") to show cause why they should
10  not each be sanctioned for failing to file an opposition or notice of non-opposition to the Motion;

11  WHEREAS, pursuant to the Order, Plaintiffs' deadline to oppose the Motion and respond
12  to the OSC is July 23, 2010, and CIT's deadline to file a reply in support of the Motion is July 30,
13  2010;

14  WHEREAS, the parties are currently negotiating a final settlement of all claims in this
15  litigation, and each of them believe in good faith that continuing the hearing on the Motion and
16  related deadlines would help facilitate settlement;

17  WHEREAS, the parties have agreed, subject to the Court's approval, to continue the
18  hearing to August 20, 2010 at 10:00 a.m. in Courtroom 2 of the above-entitled Court.  Plaintiffs
19  will file and serve their Opposition to CIT's Motion, assuming the parties do not reach settlement,
20  no later than August 6, 2010.  CIT will file and serve its Reply no later than August 13, 2010.

21  THEREFORE, pursuant to Local Rule 230(f), the parties respectfully request that the
22  Court continue the hearing on CIT's Motion for Award of Attorneys' Fees to August 20, 2010, or
23  as soon thereafter as the Court is available.

24  **IT IS SO STIPULATED.**

25
26
27
28

1  Dated: July 22, 2010

2                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                                By      /s/ Aaron M. Fennimore
                                              BRIAN R. BLACKMAN
5                                                AARON M. FENNIMORE
                                                Attorney for Defendant
6                                                  THE CIT GROUP, INC.

7

8  DATED: July ___, 2010

9
                                                By:_____/s/_____
10                                                  GREGORY RAFFETTO

11  DATED: July ___, 2010

12
                                                By:_____/s/_____
13                                                  DR. GAYLON TESLAA

14  DATED: July ___, 2010

15
                                                By:_____/s/_____
16                                                  SARA TESLAA

17

18                                                **ORDER**

19       PURSUANT TO STIPULATION, IT IS ORDERED that the hearing on CIT's Motion for

20  Award of Attorneys' Fees is further continued from August 6, 2010 to August 20, 2010, at 10:00

21  a.m. in Courtroom 2 before the Honorable Frank C. Damrell, Jr., located at 501 I Street,

22  Sacramento, CA 95814.

23

24  Dated: July 23, 2010    _____
                                       FRANK C. DAMRELL, JR.
25                                         UNITED STATES DISTRICT JUDGE

26

27

28