UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GREG RAFFETTO, et. al.,

      Plaintiffs,

    v.

CIT GROUP, et. al.,

      Defendants.

NO. CIV.S-08-0392 FCD KJM PS

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendant Cit Group, Inc.'s Motion for Attorney Fees (Docket #79) is continued to September 24, 2010, at 10:00 a.m.  Plaintiffs' shall file and serve their opposition brief or notice of non-opposition no later than September 10, 2010.  The defendant may file and serve a reply on or before September 17, 2010.

    2.   Plaintiffs' are ordered to show cause why they should not each be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in accordance with the Stipulation and Order filed on July 23, 2010, and in compliance with Local Rule 230(c).

     3.   Plaintiffs' shall file their response to the order to show cause on or before September 10, 2010.

     4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: August 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE